Honorable John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON; BAC LOCAL NO. 1 WASHINGTON PENSION TRUST; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and WESTERN WASHINGTON MASONRY TRADES APPRENTICESHIP AND TRAINING TRUST,<br><br>            Plaintiffs,<br>    v.<br><br>BC PAVERS, INC., a Washington corporation,<br><br>            Defendant. | Case No. 2:22-cv-01492-JHC<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the stipulation of the Parties, the Masonry Trust Funds and Defendant BC Pavers, Inc. The Court has reviewed the stipulation as well as the pleadings, files, and records in this matter.

Being otherwise fully advised, the Court ORDERS:

1.   This matter is dismissed with prejudice;

2.   Neither Party shall be awarded any additional fees or costs; and

ORDER OF DISMISSAL – 1
2:22-cv-01492-JHC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1     3.     The Clerk of Court is directed to close this case consistent with this order.

3     Dated: April 25th, 2023.

                         *John H. Chun*
                         Honorable John H. Chun
                         United States District Judge

ORDER OF DISMISSAL – 2
2:22-cv-01492-JHC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900